# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>Plaintiffs,<br><br>v.<br><br>Edgar Paltzer and Stefan Buck,<br><br>Defendants. | Criminal Action No. 13 CRIM 282<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts of the Southern and Eastern Districts of New York, I, Thomas W. Ostrander, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Edgar Paltzer in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 9, 2013

                                        Respectfully submitted,

                                        /s/ Thomas W. Ostrander
                                        Thomas W. Ostrander
                                        DUANE MORRIS LLP
                                        30 South 17th Street
                                        Floor: 11
                                        Philadelphia PA  19103-4196
                                        Phone: +1 215 979 1802
                                        Fax: +1 215 689 3639
                                        E-mail: Ostrander@duanemorris.com
                                        *Attorneys for Defendant Edgar Paltzer*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that pursuant to Fed. R. Civ. P. 5(d) all counsel of record were served with a true and correct copy of the foregoing via ECF on this the 9th day of August 2013.

                                                                                      /s/ Grace Giampietro
                                                                                      Grace Giampietro

DM1\4089596.1