

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Thomas W. Ostrander, Esq.

#### DATE OF ADMISSION

**October 20, 1978**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 8, 2013

_____
Patricia A. Johnson
Chief Clerk