CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EDGAR PALTZER | DOCKET NO.<br>**13 CRIM 282**        MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>EDGAR PALTZER |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>☒ Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST |
| TO: ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/14/13*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>371 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>[signature] | DATE ORDERED<br>April 16, 2013 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED<br>April 16, 2013 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>7/16/13<br>DATE EXECUTED<br>8/14/13 | NAME AND TITLE OF ARRESTING OFFICER<br>CAROLYN WORKING<br>SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER<br>[signature] Carolyn Wkn |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.