UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Edgar Paltzer and Stefan Buck,<br><br>Defendants. | Criminal Action No. 13 CRIM 282<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion of Thomas W. Ostrander, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

> DUANE MORRIS LLP
> Thomas W. Ostrander
> 30 South 17th Street
> Floor: 11
> Philadelphia PA  19103-4196
> Phone: +1 215 979 1802
> Fax: +1 215 689 3639
> E-mail: Ostrander@duanemorris.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Edgar Paltzer in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court as subject to Local Rules of this Court, including the

DM1\4089951.1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 14 2013

Rules governing discipline of attorneys.

Dated: New York, New York
      August _14_, 2013

*[signature: Ronald Eles]*