UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                                  :
UNITED STATES OF AMERICA,
                                                  :     **UNDER SEAL**
       - v. -
                                                  :     <u>ORDER</u>
EDGAR PALTZER,
                                                    :     13 Cr. 282 (VM)

                Defendant.    :

- - - - - - - - - - - - - - - - - - -x

       Upon the application of the United States of America and with the consent of defendant EDGAR PALTZER ("PALTZER") and his counsel, Thomas W. Ostrander, Esq., Duane Morris LLP, it is hereby ORDERED that:

       1.   PALTZER, his attorneys, agents, PALTZER's wife, Gabriele Paltzer, and anyone acting on the defendant's behalf, shall not directly or indirectly, access, transfer, distribute, or otherwise move the assets held in the following safes, each of which is held at UBS AG in Zurich, Switzerland, and each of which is held in the name of EDGAR PALTZER and/or his wife, Gabriele Paltzer, and affiliated with client identification number ▇▇▇▇ ▇▇▇▇:

        a.   Safe Deposit Box # 20240

        b.   Safe Deposit Box # 20337

        c.   Safe Deposit Box # 22962

        d.   Safe Deposit Box # 23202

        e.   Safe Deposit Box # 22992

(collectively, the "Vaulted Assets").

2.  PALTZER, his attorneys, agents, PALTZER's wife, Gabriele Paltzer, and anyone acting on the defendant's behalf, shall not provide any other persons or entities access to the Vaulted Assets, including any signature or other authority relating to the safe deposit accounts at issue, or cause or allow any other persons or entities to transfer, distribute, or otherwise move the Vaulted Assets, except upon further Order of this Court.

3.  This Order (the "Order") shall be filed under seal. However, the U.S. Attorney's Office for the Southern District of New York is permitted to provide the Order to third parties to ensure compliance with the Order.

4.  The United States Attorney's Office shall file a redacted version of this Order, redacting the client identification number set forth above, on the docket as soon as practicable.

SO ORDERED:

_[signature]_

The Honorable Ronald L. Ellis
United States Magistrate Judge

Dated:  New York, New York
        August 15, 2013

AUG 15 2013