DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE
MUSCAT, OMAN
*A GCC REPRESENTATIVE
OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

THOMAS W. OSTRANDER
DIRECT DIAL: +1 215 979 1802
PERSONAL FAX: +1 215 689 3639
E-MAIL: ostrander@duanemorris.com

www.duanemorris.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/13

September 10, 2013

BY FEDERAL EXPRESS

The Honorable Victor Marrero
United States District Judge
United States Courthouse
Suite 660
500 Pearl Street
New York, NY 10007

Re: United States v. Edgar Paltzer; No. 13 CR 282 (VM)
Unopposed Application to Correct Errors in Order Setting
Conditions of Release

Dear Judge Marrero:

On August 14, 2013, the attached Appearance Bond and Order Setting Conditions of Release were filed with regard to defendant Edgar Paltzer.

As set forth in the Additional Conditions of Release (at paragraph 7(s), page 5), among other matters, Mr. Paltzer was permitted to return to Switzerland during the pendency of his case. No pretrial supervision was ordered. Mr. Paltzer's travel was limited to Europe (including the United Kingdom) and the Southern and Eastern Districts of New York.

Paragraph 7 of the Additional Conditions of Release (at page 4) contains numerous pre-printed subparagraphs which provide for various additional conditions of release. As referenced above, an additional subparagraph 7(s) was added to the pre-printed subparagraphs containing the additional conditions of release. The content of subparagraph 7(s) is correct. However several of the pre-printed portions of paragraph 7 were

erroneously checked with an "X" making them applicable to the defendant. Those errors are as follows:

1. The defendant must submit to supervision. Subparagraph 7(a).

   a. The Court specifically ordered that there would be no pretrial supervision.

2. The defendant must surrender any passport to: "PSA (& no new applications)" (paragraph 7(d)) and the defendant must not obtain a passport or other international travel document. (paragraph 7(e)).

   a. The Court has given the defendant broad latitude to travel internationally and these conditions are inconsistent with the Court's order.

It is respectfully requested that the Court confirm by So-Ordering that the defendant: (1) need not submit to Pre-Trial Supervision and (2) need not surrender travel documents.

Jason Cowley, Assistant United States attorney, has advised me that the government does not oppose this request and confirms that this application is consistent with the bail requirements ordered by Judge Ellis. Because Mr. Paltzer is not under Pre-Trial Supervision, I have not contacted Pre-Trial services regarding this request.

Thank you for your consideration in this matter.

Sincerely,

Thomas W. Ostrander
Counsel to Edgar Paltzer

cc: Jason Cowley, AUSA

SO ORDERED
// September 20/3

The Honorable Victor Marrero

DM1\4164173.1