

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/14

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2014

**By Hand Delivery**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED FEB 1 2014 CHAMBERS OF JUDGE MARRERO

    Re:    *United States v. Edgar Paltzer*
           S1 13 Cr. 282 (VM)

Dear Judge Marrero:

    The Government respectfully requests that the sentencing date for the above-captioned matter, September 12, 2014, at 4 p.m., be docketed.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

        By:    _____
                     Jason H. Cowley/Sarah E. Paul
                     Assistant United States Attorneys
                     (212) 637-2479/2326

cc: Thomas Ostrander, Esq. (By email)

Request GRANTED. The sentencing of defendant Edgar Paltzer herein is rescheduled to 9-12-14 at 4:00 p.m.

SO ORDERED.

2-20-14
DATE      VICTOR MARRERO, U.S.D.J.