

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*



September 8, 2014

**BY HAND DELIVERY**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

                Re: *United States* v. *Edgar Paltzer*,
                      13 Cr. 282 (VM)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/14
```

Dear Judge Marrero:

    The Government respectfully writes in regard to the sentencing control date for this matter, which is presently September 12, 2014.

    The Government respectfully requests that this control date be adjourned to a date in April 2015.  Counsel for the defendant consents to this application.

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney

By:    _____
        Jason H. Cowley/Sarah E. Paul
        Assistant U.S. Attorneys
        Tel.: (212) 637-2479/2326

cc (via email): Thomas Ostrander, Esq., counsel for defendant

---

Request GRANTED. The sentencing of defendant *Edgar Paltzer* herein is rescheduled to 4-10-15 at 3:00 p.m.

SO ORDERED.

9-8-14
DATE            VICTOR MARRERO, U.S.D.J.