

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2016

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Stefan Buck**
            **13 Cr. 282 (VM)**

Dear Judge Marrero:

     The Government respectfully submits this letter to confirm the date and time of the initial conference in this case, with respect to defendant Stefan Buck (the "defendant"). The defendant was presented and arraigned on November 9, 2016 before U.S. Magistrate Judge Sarah Netburn. The parties are available on November 18, 2016 at 9:30 a.m. for an initial conference before Your Honor, and Your Honor's clerk has indicated that this date and time is convenient for the Court as well. Accordingly, the Government respectfully requests that the conference be so scheduled.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

            By:   ___/s/ Sarah Paul_____
                    Sarah E. Paul
                    Assistant United States Attorney
                    (212) 637-2326

cc:    Marc Agnifilo, Esq. (by ECF)