## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

**BENJAMIN BRAFMAN**

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

February 20, 2017

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          **Re:**    <u>United States v. Stefan Buck, et al</u>
                    <u>13-cr-00282</u>

Dear Judge Marrero:

      By this letter, we ask the Court to modify the pretrial travel conditions of Stefan Buck to allow him to travel in the United States so long as he notifies Pre-Trial Services of his travel plans in advance of leaving the New York area, and so long as he further notifies Pre-Trial Services upon his return to the New York area. We have informed the Government (AUSA Sarah Paul) and Pretrial Services (Lea Harmon) of this request and both the Government and Pretrial Services indicate that they do not object to this request.

      We thank the Court, the Government and Pre-Trial Services for considering this request.

                                                      Respectfully submitted,

                                                      Marc Agnifilo, Esq.