

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2017

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Stefan Buck**
            **13 Cr. 282 (VM)**

Dear Judge Marrero:

    The Government writes with respect to the defendant's motion to dismiss the indictment, which the Government understands will be filed tomorrow. I am starting a trial tomorrow before the Honorable Katherine B. Forrest, and that trial is expected to last for approximately one month. Accordingly, I have conferred with counsel for the defendant, Stefan Buck, regarding a briefing schedule for responding to the defendant's motion. The parties jointly propose that the Government file its response to the motion by May 12, 2017, and that the defendant file a reply, if any, by May 22, 2017. The parties further respectfully request that this briefing schedule be so-ordered by the Court.

                                      Respectfully submitted,

                                      PREET BHARARA
                                    United States Attorney

                          By:   */s/ Sarah Paul*
                               Sarah E. Paul
                               Assistant United States Attorney
                               (212) 637-2326

cc:    Marc Agnifilo, Esq. (by ECF)