

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 11, 2017

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Stefan Buck**
            **13 Cr. 282 (VM)**

Dear Judge Marrero:

    The trial in this case is currently scheduled to commence on October 10, 2017. The Government writes to respectfully request that the Court order the following pretrial schedule, which has been jointly agreed upon by the parties:

    September 5, 2017:    Motions *in limine* due
    September 12, 2017:    Responses to motions *in limine* due
    September 15, 2017:    Replies to motions *in limine* due
    September 29, 2017:    Voir dire and jury instructions due

    The Government intends to provide 18 U.S.C. § 3500 material, and any material under *Giglio v. United States*, 405 U.S. 150, 154 (1972), to the defense by September 26, 2017. In addition, it is the Government's understanding that by August 17, 2017, the defense intends to file a motion to take certain Rule 15 depositions, which the Government expects to oppose.

                                              Respectfully submitted,

                                              JOON H. KIM
                                              Acting United States Attorney

                                      By:  ___/s/ Sarah Paul_____
                                              Sarah E. Paul
                                              Assistant United States Attorney
                                              (212) 637-2326

cc:    Marc Agnifilo, Esq. (by ECF)