**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                            )<br>              Plaintiff,                           )<br>                                                            )<br>     v.                                                  )<br>                                                            )<br>STEFAN BUCK,                              )<br>                                                            )<br>              Defendant.                      )<br>                                                            )<br>                                                            ) | Criminal Action No. 13 Cr. 282 (JSR)<br><br>**AFFIRMATION IN SUPPORT<br>OF MOTION TO QUASH<br>ATTORNEY SUBPOENAS** |

Henry E. Klingeman hereby affirms as follows:

1. I am an attorney admitted to practice in the United States District Court for the Southern District of New York and a member of the law firm of Krovatin Klingeman LLC.

2. I make this affirmation in support of Krovatin Klingeman LLC's motion for an Order pursuant to Fed. R. Crim. P. 17(c)(2) to quash the Court subpoenas dated October 3, 2017, served on Henry E. Klingeman and Helen A. Nau, seeking their testimony and production of documents at trial on October 30, 2017 (the "Attorney Subpoenas").

3. Attached hereto as Exhibit A is a true copy of the Attorney Subpoenas.

4. Attached hereto as Exhibit B is a true copy of the production letters to the United States Attorney's Office for the Southern District of New York, dated January 15, 2013, February 12, 2013, and March 28, 2013.

 Dated:  October 19, 2017                    /s/ Henry E. Klingeman
                                                             Henry E. Klingeman
                                                             hklingeman@krovatin.com
                                                             KROVATIN KLINGEMAN LLC
                                                             60 Park Place, Suite 1100
                                                             Newark, NJ 07102
                                                             (973) 424-9777

# Exhibit A

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:   Henry A. Klingeman, Esq.

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, 40 Foley Square, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   October 30, 2017         Appearance Time:   9:00 a.m.
Appearance Place:   Courtroom 11B (Courtroom of Hon. Victor Marrero)
to testify and give evidence in the following matter:
*United States v. Stefan Buck*, 13 Cr. 282 (VM)

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

Krovatin Klingeman LLC's January 15, 2013, February 12, 2013, and March 28, 2013 document productions to the United States Attorney's Office of the Southern District of New York on behalf of Bank Frey & Co. AG, along with the cover letters from Krovatin Klingeman LLC that accompanied each of these document productions.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         October 3, 2017

*Joon H. Kim / SEP*

JOON H. KIM
*Acting United States Attorney for the*
*Southern District of New York*

Sarah E. Paul / Won S. Shin
Assistant United States Attorneys
One St. Andrew's Plaza
New York, New York 10007
Telephone:   212-637-2326/2226
Won.Shin@usdoj.gov



Court Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO: Helen A. Nau, Esq.

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, 40 Foley Square, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:    October 30, 2017         Appearance Time:   9:00 a.m.
Appearance Place:   Courtroom 11B (Courtroom of Hon. Victor Marrero)
to testify and give evidence in the following matter:
*United States* v. *Stefan Buck*, 13 Cr. 282 (VM)

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

Krovatin Klingeman LLC's January 15, 2013, February 12, 2013, and March 28, 2013 document productions to the United States Attorney's Office of the Southern District of New York on behalf of Bank Frey & Co. AG, along with the cover letters from Krovatin Klingeman LLC that accompanied each of these document productions.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         October 3, 2017

*Joon H. Kim / SEP*
JOON H. KIM
*Acting United States Attorney for the*
*Southern District of New York*

*Sarah E. Paul / Won S. Shin*
Sarah E. Paul / Won S. Shin
Assistant United States Attorneys
One St. Andrew's Plaza
New York, New York 10007
Telephone:   212-637-2326/2226
Won.Shin@usdoj.gov

# Exhibit B



# Krovatin
# Klingeman LLC
### ATTORNEYS AT LAW

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102   973-424-9777   WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ANNA G. COMINSKY*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

January 15, 2013

**BY OVERNIGHT MAIL**

AUSA Jason Cowley
AUSA David Massey
AUSA Daniel Levy
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re:   Bank Frey & Co. AG

Dear Mr. Cowley:

As I let you know by telephone on December 17, 2012, we represent Bank Frey & Co. AG ("Bank Frey") in connection with the investigation being conducted by the U.S. Attorney's Office for the Southern District of New York and the Criminal Investigation Division of the Internal Revenue Service.

You have asked Bank Frey to produce voluntarily otherwise confidential information and records in the form of documents relating to U.S. persons who may have accounts with Bank Frey over the last five years. Enclosed are documents marked "Confidential" BF000001-BF000635 responsive to your request. Additionally, Annual Reports for the years 2009, 2010, and 2011 are available for download and review on Bank Frey's website at www.bank-frey.com. Finally in this regard, Bank Frey is continuing to attempt to locate other information responsive to your request.

Bank Frey is producing this information in an effort to cooperate with the Government's investigation. Although Bank Frey is producing this information voluntarily and not pursuant to grand jury subpoena or other legal process, we ask that you treat this information as secret



AUSA Jason Cowley
AUSA David Massey
AUSA Daniel Levy
U.S. Attorney's Office
Southern District of New York
January 15, 2013
Page 2

pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. Further, although Bank Frey is producing this information voluntarily and not pursuant to grand jury subpoena or other legal process, Bank Frey intends no waiver of any rights or privileges by this production, including, for example, issues of jurisdiction or attorney-client privilege. Please be advised that Bank Frey is not producing a handful of documents that we are reviewing for the applicability of the attorney-client privilege. Finally, although Bank Frey is producing this information voluntarily and not pursuant to grand jury subpoena or other legal process, Bank Frey intends no violation of law by this production, including, for example, Swiss bank secrecy requirements.

Bank Frey's regular outside U.S. counsel Samuel Levy, Esq., has forwarded to me the tolling agreement that you sent to him on December 21, 2012. I have signed it on Bank Frey's behalf and enclose it. Note (as I have mentioned in previous email correspondence) that I have limited the tolling agreement's applicability to Bank Frey and not "Frey Group Holding and all its subsidiaries," as Bank Frey is the relevant party here.

I am looking forward to meeting you next week (January 22, 2013 at 10:30 a.m.) at your office to discuss the status of the investigation, now that Bank Frey has made this initial production of information and executed the tolling agreement.

In the meantime, please do not hesitate to contact me if you have any questions. Thank you for your attention.

Very truly yours,

HENRY E. KLINGEMAN

Enclosures



# Krovatin
# Klingeman LLC
### ATTORNEYS AT LAW

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102  973-424-9777  WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ANNA G. COMINSKY*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

February 12, 2013

**BY OVERNIGHT MAIL**

AUSA Jason Cowley
AUSA Daniel Levy
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re: <u>Bank Frey & Co. AG</u>

Dear AUSAs Cowley and Levy:

    We met with you on January 22, 2013 on behalf of Bank Frey & Co. AG ("Bank Frey") in connection with the investigation being conducted by the U.S. Attorney's Office for the Southern District of New York and the Criminal Investigation Division of the Internal Revenue Service. During the meeting, you asked us to provide draft English language translations of German language documents produced to you the week prior to the meeting. Also during the meeting, you posed a series of questions to us, about which more below.

    In furtherance of Bank Frey's efforts to cooperate with your investigation, enclosed please find draft English language translations of German language documents already provided to you. The enclosed draft English language translations are being produced pursuant to our agreement that: (1) any translation of any document provided by Bank Frey that is marked "draft" shall be regarded by the Government as a draft; and (2) any draft translation will not be used at any proceeding to conduct examination of any witness or to impeach or call into question the accuracy of any final translation, as confirmed in your email to me of January 22, 2013 (copy enclosed). These translations were produced by and at the direction of Bank Frey's counsel and should not be treated as anything but draft aids. We do not intend them to be material statements upon which the Government should rely conclusively and without verification by the Government's own translation expert. For your reference, we have marked the draft English



AUSA Jason Cowley
AUSA Daniel Levy
U.S. Attorney's Office
Southern District of New York
February 12, 2013
Page 2

language translations of German language documents with the corresponding Bates numbers from Bank Frey's original document production. Please note that the English translations of the executive management minutes only include sections that appear relevant to Bank Frey's counsel.

Bank Frey will continue to produce, subject to the same procedure, additional drafts of this confidential information voluntarily in an effort to cooperate with the Government's investigation and intends to produce such information to you on a rolling basis. Although Bank Frey is producing this information voluntarily and not pursuant to grand jury subpoena or other legal process, we ask that you treat this information as secret pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. Further, although Bank Frey is producing this information voluntarily and not pursuant to grand jury subpoena or other legal process, Bank Frey intends no waiver of any rights or privileges by this production, including, for example, issues of jurisdiction or attorney-client privilege. Finally, although Bank Frey is producing this information voluntarily and not pursuant to grand jury subpoena or other legal process, Bank Frey intends no violation of law by this production, including, for example, Swiss bank secrecy requirements.

Also during our January 22 meeting, you asked us a series of questions and made some additional documentary requests. We are in the process of gathering information in response to those questions and requests. In addition, we anticipate providing written and documentary information that we anticipate will assist you in evaluating Bank Frey's conduct. Finally, we hope to schedule another meeting with you to address thoroughly your concerns.

In the meantime, please do not hesitate to contact me if you have any questions. Thank you for your attention.

Very truly yours,

HENRY E. KLINGEMAN

Enclosures

## Helen A. Nau

| | |
|---|---|
| From: | Henry E. Klingeman |
| Sent: | Tuesday, January 22, 2013 3:33 PM |
| To: | Levy, Daniel (USANYS) |
| Cc: | Cowley, Jason (USANYS); Helen A. Nau |
| Subject: | RE: Bank Frey |
| | |
| Categories: | Important emails |

Got it. Thanks.

Nice to meet both of you in person today.

I will consult with my client on all issues and get back to you soon.

--hek

Henry E. Klingeman, Esq.



**KROVATIN KLINGEMAN LLC**
60 Park Place, Suite 1100
Newark, NJ 07102
Tel 973-714-3474
Fax 973-424-9779
Email hklingeman@krovatin.com
Web www.krovatin.com

---

**From:** Levy, Daniel (USANYS) [mailto:Daniel.Levy@usdoj.gov]
**Sent:** Tuesday, January 22, 2013 12:28 PM
**To:** Henry E. Klingeman
**Cc:** Cowley, Jason (USANYS)
**Subject:** Bank Frey

Henry,

This e-mail confirms that:

1. Any translation of any document provided by Bank Frey that is marked "draft" shall be regarded by the Government as a draft; and

2. Any draft translation will not be used at any proceeding to conduct examination of any witness or to impeach or call into question the accuracy of any final translation.

1

This e-mail also confirms that, as set out in the indictment of Wegelin, Swiss Bank C is Bank Frey.

Please let us know when you wish to make a further factual presentation.

Daniel W. Levy
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Tel (main): 212-637-2200
Tel (direct): 212-637-1062
Fax: 212-637-2429 or -2240
E-mail: daniel.levy@usdoj.gov



# Krovatin
# Klingeman LLC
ATTORNEYS AT LAW

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102   973-424-9777   WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ANNA G. COMINSKY*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

March 28, 2013

**BY OVERNIGHT MAIL**

AUSA Jason Cowley
AUSA Daniel Levy
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re:   Bank Frey & Co. AG

Dear AUSAs Cowley and Levy:

On behalf of Bank Frey & Co. AG ("Bank Frey") in connection with the investigation being conducted by the U.S. Attorney's Office for the Southern District of New York and the Criminal Investigation Division of the Internal Revenue Service, enclosed please find additional draft English language translations of German language documents already provided to you.

The enclosed draft English language translations are being produced pursuant to our agreement that: (1) any translation of any document provided by Bank Frey that is marked "draft" shall be regarded by the Government as a draft; and (2) any draft translation will not be used at any proceeding to conduct examination of any witness or to impeach or call into question the accuracy of any final translation, as confirmed in your email to me of January 22, 2013 (copy enclosed). These translations were produced by and at the direction of Bank Frey's counsel and should not be treated as anything but draft aids. We do not intend them to be material statements upon which the Government should rely conclusively and without verification by the Government's own translation expert. For your reference, we have marked the draft English language translations of German language documents with the corresponding Bates numbers from Bank Frey's original document production. Please note that the English translations of the board of directors minutes only include sections that appear relevant to Bank Frey's counsel.



AUSA Jason Cowley
AUSA Daniel Levy
U.S. Attorney's Office
Southern District of New York
March 28, 2013
Page 2

    Bank Frey will continue to produce, subject to the same procedure, additional drafts of this confidential information voluntarily in an effort to cooperate with the Government's investigation and intends to produce such information to you on a rolling basis. Although Bank Frey is producing this information voluntarily and not pursuant to grand jury subpoena or other legal process, we ask that you treat this information as secret pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. Further, although Bank Frey is producing this information voluntarily and not pursuant to grand jury subpoena or other legal process, Bank Frey intends no waiver of any rights or privileges by this production, including, for example, issues of jurisdiction or attorney-client privilege. Finally, although Bank Frey is producing this information voluntarily and not pursuant to grand jury subpoena or other legal process, Bank Frey intends no violation of law by this production, including, for example, Swiss bank secrecy requirements.

    We are still in the process of gathering information in response to your previous questions and requests. We anticipate providing additional written and documentary information that we anticipate will assist you in evaluating Bank Frey's conduct in the near future. Finally, we hope to schedule another meeting with you to address thoroughly your concerns.

    In the meantime, please do not hesitate to contact me if you have any questions. Thank you for your attention.

Very truly yours,

HENRY E. KLINGEMAN

Enclosures

**Helen A. Nau**

| | |
|---|---|
| From: | Henry E. Klingeman |
| Sent: | Tuesday, January 22, 2013 3:33 PM |
| To: | Levy, Daniel (USANYS) |
| Cc: | Cowley, Jason (USANYS); Helen A. Nau |
| Subject: | RE: Bank Frey |
| Categories: | Important emails |

Got it. Thanks.

Nice to meet both of you in person today.

I will consult with my client on all issues and get back to you soon.

--hek

Henry E. Klingeman, Esq.



KROVATIN KLINGEMAN LLC
60 Park Place, Suite 1100
Newark, NJ 07102
Tel 973-714-3474
Fax 973-424-9779
Email hklingeman@krovatin.com
Web www.krovatin.com

---

**From:** Levy, Daniel (USANYS) [mailto:Daniel.Levy@usdoj.gov]
**Sent:** Tuesday, January 22, 2013 12:28 PM
**To:** Henry E. Klingeman
**Cc:** Cowley, Jason (USANYS)
**Subject:** Bank Frey

Henry,

This e-mail confirms that:

1. Any translation of any document provided by Bank Frey that is marked "draft" shall be regarded by the Government as a draft; and

2. Any draft translation will not be used at any proceeding to conduct examination of any witness or to impeach or call into question the accuracy of any final translation.

1

This e-mail also confirms that, as set out in the indictment of Wegelin, Swiss Bank C is Bank Frey.

Please let us know when you wish to make a further factual presentation.

Daniel W. Levy
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York  10007
Tel (main):  212-637-2200
Tel (direct):  212-637-1062
Fax:  212-637-2429 or -2240
E-mail:  daniel.levy@usdoj.gov