USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No. 1:13 CR 282-01 (JSR) |
| v. | : | |
| EDGAR PALTZER, | : | |
| Defendant. | : | |

## ~~DRAFT~~ UNOPPOSED MOTION TO RELEASE PROPERTY HELD AS SECURITY FOR BAIL

The Defendant Edgar Paltzer and the United States move this court for an order releasing certain property held as security for bail.

On August 14, 2013, the Honorable Victor Marrero released the defendant on bail after his plea of guilty. Bail was set at $2,000,000 PRB. Security for the bail included, in part, a painting entitled "La Gardeuse De Chevres". That painting has been stored at Crozier Fine Arts, Inc. since the defendant was released on bail.

On March 22, 2018, the defendant was sentenced by the court. The sentence included a fine of $75,000.00 and a special assessment of $100.00. On March 29, 2018, the defendant paid to the clerk of the court $75,100.00 in satisfaction of the fine and the special assessment.

DM1\8586852.1

At the defendant's sentencing on March 22, 2018, counsel for the defendant requested and the United States did not oppose the release of the painting upon the payment of the fine and the special assessment.

Based on the forgoing it is respectfully requested that the court order the release of the painting by endorsing this motion.

Respectfully Submitted,

SO ORDERED

*[signature]*
USDJ
3-31-18

Thomas W. Ostrander
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103-4196
Phone: +1 215 979 1802
Fax: +1 215 689 3639
Email: Ostrander@duanemorris.com
Attorney for Defendant Edgar Paltzer

2

DM1\8586852.1